UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA JURAS | * | |
| Vs. | * | |
| A LITTLE LUNCH LLC | * | CASE NO. 3:07:cv1034 (CFD) |

**J U D G M E N T**

Notice having been given on April 16, 2008 to party of the proposed dismissal of this case pursuant to Rule 41 of the Rules of Civil Procedure for the United States District Court for the District of Connecticut, and no action having been taken and no satisfactory explanation having been submitted to the Court within twenty (20) days hereafter,

It is accordingly ORDERED that this case be and is hereby dismissed for want of prosecution.

It is so ordered.

**Dated at Hartford, Connecticut this 6th day of May, 2008.**

ROBIN D. TABORA, Clerk

By_____/s/_____
    Devorah Johnson
    Deputy Clerk